| | | | |
|---|---|---|---|
| Case No. | CV 17-04207-GW (MRWx) | Date | September 25, 2017 |
| Title | Weirui Zhang v. Mark J. Hazuda et al. | | |

| | | |
|---|---|---|
| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
| Charles A. Rojas | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| None Present | | None Present |

**PROCEEDINGS:** NOTICE OF DISMISSAL BY CLERK FOR LACK OF PROSECUTION

On September 7, 2017, an Order to Show Cause for Lack of Prosecution was issued for the following reason: No Proof of Service on file.

Plaintiff was given until September 21, 2017 to respond and no response or objection has been filed. Plaintiff is hereby notified that this action is dismissed without prejudice.

: _____

Initials of Preparer  CR